

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-89,801-01

**EX PARTE JOVANNY ACEVEDO, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W07-15446-P(A) IN THE 203RD DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of aggravated robbery with a deadly weapon and sentenced to imprisonment for 60 years.

On April 2, 2019, the State filed a response to the application. The State requested that the trial court enter an order designating issues and obtain an affidavit from trial counsel, or that the trial court recommend denying relief. The trial court has not entered an order designating issues or made a recommendation.

The habeas record has been properly forwarded to this Court by the district clerk pursuant

to TEX. R. APP. P. 73.4(b)(5).  However, it appears that the record has been forwarded prematurely. We remand this application to the 203rd District Court of Dallas County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues.  The issues shall be resolved within 90 days of this order.  A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order.  Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: July 24, 2019
Do not publish